KEUKA COLLEGE, Respondent, *v.* GEORGE A. RAY, Appellant.

Reported below, 41 App. Div. 200.
(Submitted January 8, 1900; decided January 16, 1900.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 14, 1899, which affirmed a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

The motion was made on the grounds that the Appellate Division unanimously affirmed the decision of the trial court, and that no question of law was presented for review.

*M. A. Leary* for motion.

*Tabor & Wilkie* opposed.

Motion denied, without costs.

---

SARAH GANNON, as Administratrix, etc., Respondent, *v.* CATHERINE McGUIRE, Appellant.

(Submitted January 8, 1900; decided January 16, 1900.)

Motion to postpone motion for reargument and motion for reargument denied, with ten dollars costs. (See 160 N. Y. 476.)